UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANGEL ILAGAN,

      Plaintiff/Counter-Defendant,

                                        Case No. 1:22-cv-1013

v.

                                        Hon. Robert J. Jonker

SHEFIT OPERATING CO. LLC,
ROBERT MOYLAN, and SARA MOYLAN,

      Defendants/Counter-Plaintiffs.

---

| | |
|---|---|
| Sarah S. Prescott (P70510) | Matthew M. O'Rourke (P79019) |
| Annemarie Smith-Morris (6336786) | James A. Buster (P81186) |
| SALVATORE PRESCOTT PORTER & PORTER | MILLER JOHNSON |
| *Attorney for Plaintiff/Counter-Defendant* | *Attorneys for Defendants/Counter-Plaintiffs* |
| 105 E. Main Street | 45 Ottawa Avenue SW, Suite 1100 |
| Northville, Michigan 48167 | Grand Rapids, MI 49503 |
| (248) 679-8711 | 616-831-1700 |
| prescott@sppplaw.com | orourkem@millerjohnson.com |
| smith-morris@sppplaw.com | busterj@millerjohnson.com |

---

## STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties, by and through their attorneys, stipulate to the following:

IT IS HEREBY ORDERED that Plaintiff/Counter-Defendant Angel Ilagan's claims against SHEFIT Operating Co. LLC, Robert Moylan, and Sara Moylan are dismissed with prejudice and without costs or fees to either party.

IT IS FURTHER ORDERED that Defendants/Counter-Plaintiffs SHEFIT Operating Co. LLC, Robert Moylan, and Sara Moylan's claims against Angel Ilagan are dismissed with prejudice and without costs or fees to either party.

IT IS FURTHER ORDERED that this is a final order that dismisses all pending claims in this matter.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Robert J. Jonker
U.S. District Court Judge

**Stipulated and Approved for Entry:**

 /s/ Annemarie Smith-Morris (w/Permission)        /s/ Matthew M. O'Rourke
Sarah S. Prescott (P70510)                  Matthew M. O'Rourke (P79019)
Annemarie Smith-Morris (6336786)            James A. Buster (P81186)
SALVATORE PRESCOTT PORTER & PORTER          MILLER JOHNSON

Dated: October 26, 2023                      Dated: October 26, 2023